**Order entered November 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00728-CR

**DOMINIQUE WOODBERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-52253-U**

## ORDER

Before the Court is appellant's November 28, 2018 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **December 14, 2018**. If appellant's brief is not filed by December 14, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.


/s/     LANA MYERS
JUSTICE